# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145123

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 145123
                                      COA: 306350
                                      Ionia CC: 07-013771-FC

BEN WILLIAM COFFIN, JR.,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 30, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012 _____           _____

t1015                                                   Clerk